American Trust and Safe Deposit Company, plaintiff, v. Sherman Garage Company et al., defendants.

H. R. Halterman et al., appellants, v. Robert Bass et al., appellees. Gen. No. 38,567.

Opinion filed May 26, 1936.

Max Richmond Kargman, for appellants; Frank E. Reicin and Irwin A. Goodman, of counsel. Wilson & McIlvaine, by William B. Hale and Calvin F. Selfridge, and Scott, MacLeish & Falk, by George W. Swain, for appellees.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Edwin L. Brashears, appellee, v. James C. O'Brien, appellant. Gen. No. 38,647.

Opinion filed May 26, 1936.

McCarthy & Toomey, for appellant; John E. Toomey, of counsel. No appearance for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Theodore J. Johnson, appellant, v. Theodore A. Buenger, appellee. Gen. No. 38,676.

Opinion filed May 26, 1936.

Markman, Donovan & Sullivan, for appellant; Henry O. Nickel, of counsel. Harry Z. and Bernard Perel, for appellee; Abraham H. Maller and Isadore Brandzel, of counsel.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Esther Samuel, appellee, v. Jacob Samuel, appellant. Gen. No. 38,291.

Opinion filed May 26, 1936.

Seymour N. Cohen, for appellant; Grenville Beardsley, of counsel. Leslie H. Whipp and David Lefkovits, for appellee.

Mr. Justice Friend delivered the opinion of the court.